UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                                CASE NO. 17 B 34465
                                                                      CHAPTER 13
MARIA D SANCHEZ
                                                                      JUDGE CAROL A DOYLE

         DEBTOR                                                       **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Thomas H. Hooper files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Us Bank Trust Na

**Final Cure Amount**

| Court Claim | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 2 | XXXXXX5547 | $32,616.31 | $32,616.31 | $32,616.31 |
| Total Amount Paid by Trustee | | | | | $32,616.31 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit                **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 17-34465-CAD

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at Chicago, Il  60603 or by the methods indicated on this 31st day of January, 2023.

Debtor:
MARIA D SANCHEZ
40 Jf Kennedy Blvd
Elk Grove Village, Il  60007

ELECTRONIC SERVICE:
ROBERT N HONIG
116 S York St # 215
Elmhurst, Il  60126
via Clerk's ECF noticing procedures

Creditor:
US BANK TRUST NA
% Sn Servicing Corp
323 5Th St
Eureka, Ca  95501

Mortgage Creditor:
CODILIS & ASSOCIATES
15W030 N Frontage Rd # 100
Burr Ridge, Il  60527

Mortgage Creditor:
NEWREZ LLC D/B/A
SHELLPOINT MORTGAGE
SERVICING
% Johnson Blumberg & Associates Llc
230 W Monroe Street #1125
Chicago, Il  60606

Creditor:
SHELLPOINT MORTGAGE SVC
Po Box 10826
Greenville, Sc  29603-0826

ELECTRONIC SERVICE - United States Trustee

Date:  January 31, 2023

/s/ Thomas H. Hooper
Thomas H. Hooper
55 E. Monroe St., Suite 3850
Chicago, Il  60603